STATE OF CONNECTICUT *v.* JOHN CAVANAUGH

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 667, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided November 6, 1991

SUCCESS CENTERS, INC. *v.* HUNTINGTON LEARNING CENTERS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Did the Appellate Court properly dismiss for lack of a final judgment the plaintiff's appeal from the trial court's order compelling arbitration?"

*Bruce G. MacDermid* and *Gregory T. D'Auria,* in support of the petition.

*Charles F. Steljes,* in opposition.

Decided November 13, 1991

PAUL A. HUDON *v.* ROSALIE BENNY ZANONI, EXECUTRIX (ESTATE OF HELEN A. BENNY)

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Rosalie Benny Zanoni,* pro se, in support of the petition.

*Alexandra Davis,* in opposition.

Decided November 13, 1991